

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 3:23-CR-108 |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of Firearm and Ammunition by |
| JON JESSE TERRY, | ) a Convicted Felon |
| | ) (Count One) |
| Defendant. | ) |
| | ) Forfeiture Allegation |
| | ) |

August 2023 Term – at Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of Firearm and Ammunition by a Convicted Felon)

On or about May 24, 2023, in the Eastern District of Virginia, the defendant, JON JESSE TERRY, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, to wit: a SCCY, Model CPX-1, 9mm caliber pistol, bearing serial number 414444 and 8 rounds of 9mm caliber ammunition, that had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense charged.

Property subject to forfeiture includes, but is not limited to:

(1) a SCCY, Model CPX-1, 9mm caliber pistol, bearing serial number 414444;

(2) 8 rounds of 9mm caliber ammunition; and

(3) all accompanying magazines and ammunition.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)).

A TRUE BILL:

_____
FOREPERSON

JESSICA D. ABER
United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

By: _____
Ellen Hubbard
Special Assistant United States Attorney